FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 APR 13 AM 8:58

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VERONICA S. GREEN, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DREYFUS COMMODITIES LLC; IMPERIAL-SAVANNAH, LP; IMPERIAL SUGAR COMPANY; and LD COMMODITIES SUGAR HOLDINGS, LLC; <br><br> Defendants. | CASE NO. CV415-089 |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA